AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## Southern District of Georgia

Freedom From Religion Foundation, et al.,

**SUMMONS IN A CIVIL CASE**

V.

Emanuel County School System, et al.

CASE NUMBER:  **CV 6 1 5 - 0 1 3**

TO: (Name and address of Defendant)

Emanuel County School System
201 North Main Street
PO Box 130
Swainsboro, GA 30401

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

WR Nichols & Associates, P.C.

1532 Dunwoody Village Parkway

Suite 205

Atlanta, GA 30338

an answer to the complaint which is served on you with this summons, within _____21_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

Scott L. Poff

CLERK

(By) DEPUTY CLERK

02/09/2015

DATE

GAS Rev 1/31/02

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

        I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.


Executed on _____     _____
                    *Date*                   *Signature of Server*



                                          _____
                                              *Address of Server*

_____

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.