UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC. et al., <br><br> Plaintiffs, <br><br> v. <br><br> EMANUEL COUNTY SCHOOL SYSTEM a/k/a EMANUEL COUNTY SCHOOLS et al., <br><br> Defendants. | Case No. CV615-013 |

## ORDER

The Court having reviewed and considered the petitions of Samuel Troxell Grover and Andrew Lewis Seidel of the Freedom From Religion Foundation, 304 West Washington Avenue, Madison, Wisconsin 53704, for permission to appear pro hac vice on behalf of plaintiffs Freedom From Religion Foundation et al., in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Samuel Troxell Grover and Andrew Lewis Seidel as counsel of record for plaintiffs Freedom From Religion Foundation et al., in this case.

**SO ORDERED** this __10th__ day of February, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA