IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., *Jane Doe, individually,* *John Doe, individually,* *Jesse Doe, individually,* *Jamie Doe, individually* *Plaintiffs*, v. EMANUEL COUNTY SCHOOL SYSTEM (A/K/A/ "Emanuel County Schools"), KEVIN JUDY, individually and in his official capacity as superintendent of Emanuel County School System, VALORIE WATKINS, individually and in her official capacity as principal of Swainsboro Primary School, KAYTRENE BRIGHT, individually and in her official capacity as a Swainsboro Primary School teacher, AND CEL THOMPSON, individually and in her official capacity as a Swainsboro Primary School teacher *Defendants*. | No. 6:15-00013-BAE-GRS |

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

1

(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

FREEDOM FROM RELIGION FOUNDATION, INC.
*Jane Doe, individually,* (motion for anonymity pending)
*John Doe, individually,* (motion for anonymity pending)
*Jesse Doe, individually,* (motion for anonymity pending)
*Jamie Doe, individually* (motion for anonymity pending)

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case: **N/A**

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

>Wallace R. Nichols (GA Bar: 288079)
>1532 Dunwoody Village Parkway, Suite 205
>Atlanta, GA  30338
>404-602-0040; Fax 800-768-0507
>wrn@wrnicholslaw.com
>
>Samuel T. Grover (WI Bar:  1096047)
>(Pro Hac Vice)
>Andrew L. Seidel (WI Bar:  1089025)
>(Pro Hac Vice)
>Freedom From Religion Foundation
>P.O. Box 750
>Madison, WI 53701
>(608) 256-8900

Respectfully submitted this date:  February 11, 2015

/s/*Wallace R. Nichols*, SBN 288079
WALLACE R. NICHOLS
W.R. Nichols & Associates, P.C.
1532 Dunwoody Village Parkway, Suite 205
Atlanta, GA  30338
Phone 404-602-0040; Fax 800-768-0507
GA Bar: 288079 AZ Bar:  014854 DC Bar: 1003426
Attorney for Plaintiffs

Samuel T. Grover (WI Bar:  1096047)
Andrew L. Seidel (WI Bar:  1089025)
(Both Counsel Pro Hac Vice)
Freedom From Religion Foundation
P.O. Box 750
Madison, WI 53701
(608) 256-8900

**ATTORNEYS FOR PLAINTIFFS**