IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> EMANUEL COUNTY SCHOOL SYSTEM, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION FILE <br> ) <br> ) NO. 6:15-CV-0013-BAE-GRS <br> ) <br> ) <br> ) <br> ) |

## ORDER

The Joint Motion of Plaintiffs and Defendants Emanuel County School System and Kevin Judy to extend the time for filing a Response to Plaintiffs' Motion for Leave to Proceed Using Pseudonyms and for Protective Order [Doc. #17] having been read and considered, it is **HEREBY ORDERED** that the deadline for filing a Response to Plaintiffs' Motion [Doc. #17] in this case is extended until April 24, 2015.

**It is FURTHER ORDERED** that pending the Court's disposition of said Motion, the terms stipulated to in paragraph 7 of the Joint Motion shall be binding on all parties.

SO ORDERED this 2nd day of March, 2015.

G. R. SMITH
UNITED STATES MAGISTRATE JUDGE