IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

FREEDOM FROM RELIGION FOUNDATION, )
INC.; JANE DOE, individually; JOHN DOE, )
individually; JESSE DOE, individually; and )
JAMIE DOE, individually, )
)
           Plaintiffs, )
) CIVIL ACTION FILE
v. )
) NO. 6:15-CV-13-BAE-GRS
EMANUEL COUNTY SCHOOL SYSTEM )
(a/k/a Emanuel County Schools); KEVIN JUDY, )
individually and in his official capacity as )
Superintendent of Emanuel County School System; )
VALORIE WATKINS, individually and in her )
official capacity as Principal of Swainsboro )
Primary School; KAYTRENE BRIGHT, )
individually and in her official capacity as a )
Swainsboro Primary School teacher; and )
CEL THOMPSON, individually and in her )
official capacity as a Swainsboro Primary )
School teacher, )
)
           Defendants. )
_____ )

## WAIVER OF SERVICE OF SUMMONS AND COMPLAINT

TO:    Wallace R. Nichols
         W. R. Nichols & Associates, P.C.
         1532 Dunwoody Village Parkway, Suite 205
         Atlanta, Georgia 30338

The Law Firm of Harben, Hartley & Hawkins, LLP, Suite 750, Wells Fargo Center, 340 Jesse Jewell Parkway, Gainesville, Georgia 30501, does hereby acknowledge receipt of Plaintiffs' request for a waiver of service of summons and the complaint in the above-referenced action and enter this waiver on behalf of Defendants Emanuel County School System and Kevin Judy.

Counsel for these Defendants has received a copy of the complaint and agrees to save the

cost of service of a summons and additional copies of the complaint in this lawsuit by not requiring that these Defendants be served with judicial process in the manner provided by Rule 4.

These Defendants will retain all defenses or objections to the lawsuit or the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

We understand that judgment may be entered against these Defendants if an answer or motion under Rule 12 is not served upon Plaintiffs or Plaintiffs' counsel on or before April 10, 2015, 60 days after February 9, 2015, the date of the Notice of Lawsuit.

This 2nd day of March, 2015.

                                            HARBEN, HARTLEY & HAWKINS, LLP

                                            Hieu M. Nguyen
                                            Georgia Bar No. 382526

                                            Phillip L. Hartley
                                            Georgia Bar No. 333987

Suite 750, Wells Fargo Center
340 Jesse Jewell Parkway
Gainesville, Georgia 30501
Telephone: (770) 534-7341
Facsimile: (770) 532-0399
Email: phartley@hhhlawyers.com
Email: hnguyen@hhhlawyers.com

                                            ATTORNEYS FOR DEFENDANTS
                                            EMANUEL COUNTY SCHOOL SYSTEM
                                            AND KEVIN JUDY