IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., *Jane Doe, individually,* *John Doe, individually,* *Jesse Doe, individually,* *Jamie Doe, individually* <br><br> *Plaintiffs*, <br><br> v. <br><br> EMANUEL COUNTY SCHOOL DISTRICT (A/K/A/ "Emanuel County Schools"), KEVIN JUDY, individually and in his official capacity as superintendent of Emanuel County School District, VALORIE WATKINS, individually and in her official capacity as principal of Swainsboro Primary School, KAYTRENE BRIGHT, individually and in her official capacity as a Swainsboro Primary School teacher, AND CEL THOMPSON, individually and in her official capacity as a Swainsboro Primary School teacher <br><br> *Defendants*. | Civil Action No. 6:15-cv-00013 |

## CERTIFICATE OF SERVICE

I hereby certify that on **March 5, 2015**, I electronically filed **Plaintiffs' First Amended Complaint** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

> Phillip L. Hartley
> Hieu Nguyen
> Harben, Hartley & Hawkins, LLP
> Wells Fargo Center, Suite 750
> 340 Jesse Jewell Parkway
> Gainesville, Georgia  30501
> (770) 534-7341
> (770) 532-0399 fax
> phartley@hhhlawyers.com
> hnguyen@hhhlawyers.com

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

> Valorie Watkins
> Kaytrene Bright
> Cel Thompson
> % Swainsboro Primary School
> 308 Tiger Trail
> Swainsboro, GA 30401
> *Defendants in Propria Persona*

>> /s/ *Wallace R. Nichols* GSB#288079
>> W.R. Nichols & Associates, P.C.
>> Wallace R. Nichols, Esq., for the Firm
>> 1532 Dunwoody Village Parkway,
>> Suite 205
>> Atlanta, GA 30338
>> 404-602-0040; Fax 800-768-0507
>> wrn@wrnicholslaw.com
>> Attorney for Plaintiffs

>> Samuel T. Grover (1096047) &

                    Andrew L. Seidel (1089025)
                    (Pro Hac Vice Motions to be filed)
                    Freedom From Religion Foundation
                    P.O. Box 750
                    Madison, WI 53701
                    (608) 256-8900