# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | |
|---|---|
| **FREEDOM FROM RELIGION** ) | |
| **FOUNDATION, INC., et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | **CIVIL ACTION FILE NO.** |
| ) | **6:15-cv-00013-BAE-GRS** |
| **EMANUEL COUNTY SCHOOL** ) | |
| **DISTRICT (A/K/A "Emanuel** ) | |
| **County Schools"), et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## CONSENT MOTION TO EXTEND TIME FOR DEFENDANT CEL THOMPSON TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT

COMES NOW, Cel Thompson, a Defendant in the above-referenced civil action, and files this, her Consent Motion to Extend Time for her to Answer or Otherwise Respond to Plaintiffs' First Amended Complaint. Defendant Thompson shows this Court as follows:

1.

Plaintiffs filed their original Complaint on February 9, 2015.

2.

Plaintiffs filed their First Amended Complaint on March 5, 2015.

3.

Defendant Thompson was served on March 9, 2015.

4.

The deadline for Defendant Thompson to answer or otherwise respond to the First Amended Complaint currently is March 30, 2015.

5.

Defendant Thompson's counsel needs additional time to obtain and review information needed to prepare Defendant Thompson's response to the First Amended Complaint.

6.

The deadline for Defendants Emanuel County School District and Kevin Judy to answer or otherwise respond to Plaintiffs' First Amended Complaint currently is April 10, 2015.

7.

Accordingly, Defendant Thompson respectfully requests an extension of time through and including April 10, 2015 to answer or otherwise respond to Plaintiffs' First Amended Complaint.

8.

Plaintiffs consent to the extension of time requested by Defendant Thompson.

9.

A proposed Order is attached for the Court's convenience.

Respectfully Submitted,

**FREEMAN MATHIS & GARY, LLP**

\s\ William H. Buechner, Jr.
Mary Anne Ackourey
Georgia Bar No. 001555
William H. Buechner, Jr.
Georgia Bar No. 086392

100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339-5948
T – 770.818.0000
F – 770.937.9960
E – mackourey@fmglaw.com
     bbuechner@fmglaw.com

Counsel for Defendant Cel Thompson

**CONSENTED TO BY:**


_____
Wallace R. Nichols
Georgia Bar No. 288079
W.R. NICHOLS & ASSOCIATES, P.C.
1532 Dunwoody Village Parkway
Suite 205
Atlanta, Georgia 30338
T – 404.602.0040
F – 800.768.0507
E – wrn@wrnicholslaw.com

Samuel T. Grover (pro hac vice)
Bar No. 1096047
Andrew Seidel (pro hac vice)
Bar No. 1089025
Freedom From Religion Foundation
P.O. Box 750
Madison, WI 53701
T – 608.256.8900

Counsel for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | | |
|---|---|---|
| **FREEDOM FROM RELIGION FOUNDATION, INC., et al.,** | ) ) ) | |
| **Plaintiffs,** | ) ) | |
| v. | ) ) | **CIVIL ACTION FILE NO.** **6:15-cv-00013-BAE-GRS** |
| **EMANUEL COUNTY SCHOOL DISTRICT (A/K/A "Emanuel County Schools"), et al.,** | ) ) ) ) | |
| **Defendants.** | ) | |

## ORDER

For good cause shown, it is hereby ORDERED that the time for Defendant Cel Thompson to answer or otherwise respond to the First Amended Complaint is extended through and including April 10, 2015.

**SO ORDERED** this _____ day of March 2015.

_____
**G.R. SMITH**
**UNITED STATES MAGISTRATE JUDGE**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | |
|---|---|
| **FREEDOM FROM RELIGION FOUNDATION, INC., et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | **CIVIL ACTION FILE NO.** |
| ) | **6:15-cv-00013-BAE-GRS** |
| **EMANUEL COUNTY SCHOOL DISTRICT (A/K/A "Emanuel County Schools"), et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## CERTIFICATE OF SERVICE

I have this day electronically submitted the foregoing **CONSENT MOTION TO EXTEND TIME FOR DEFENDANT CEL THOMPSON TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are as follows:

Wallace R. Nichols
W.R. Nichols & Associates, P.C.
1532 Dunwoody Village Parkway
Suite 205
Atlanta, Georgia 30338

Samuel T. Grover
Andrew Seidel
Freedom From Religion Foundation
P.O. Box 750
Madison, WI 53701

Phillip L. Hartley
Hieu M. Nguyen
Harben Hartley & Hawkins, LLP
Suite 750, Wells Fargo Center
340 Jesse Jewell Parkway
Gainesville, GA  30501


This ___ day of March, 2015.

\s\ William H. Buechner, Jr.
William H. Buechner, Jr.
Georgia Bar No. 086392

981065