IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., et al., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) )   CIVIL ACTION FILE NO. )   6:15-cv-00013-BAE-GRS |
| EMANUEL COUNTY SCHOOL DISTRICT (A/K/A "Emanuel County Schools"), et al., | ) ) ) ) |
| Defendants. | ) |

### ORDER

For good cause shown, it is hereby ORDERED that the time for Defendant Cel Thompson to answer or otherwise respond to the First Amended Complaint is extended through and including April 10, 2015.

SO ORDERED this 27TH day of March 2015.

_____
G.R. SMITH
UNITED STATES MAGISTRATE JUDGE