# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | | |
|---|---|---|
| **FREEDOM FROM RELIGION FOUNDATION, INC., JANE DOE, individually; JOHN DOE, individually; JESSE DOE, individually; and JAMIE DOES, individually,** | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | **CIVIL ACTION FILE NO.** **6:15-cv-00013-BAE-GRS** |
| **EMANUEL COUNTY SCHOOL SYSTEM (a/k/a Emanuel County Schools); KEVIN JUDY, individually and in his official capacity as Superintendent of Emanuel County School System; VALORIE WATKINS, individually and in her official capacity as Principal of Swainsboro Primary School; KAYTRENE BRIGHT, individually and in her official capacity as a Swainsboro Primary School teacher; and CEL THOMPSON, individually and in her official capacity as a Swainsboro Primary School teacher,** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

COMES NOW Mary Anne Ackourey of the law firm of Freeman Mathis & Gary, LLP, 100 Galleria Parkway, Suite 1600, Atlanta, Georgia, 30339-5948, and

hereby notifies the Court of her appearance as counsel for Defendant Cel Thompson.

Respectfully submitted,

**FREEMAN MATHIS & GARY, LLP**

*/s/ Mary Anne Ackourey*
Mary Anne Ackourey
Georgia Bar No. 001555
mackourey@fmglaw.com

Attorney for Defendant Cel Thompson

100 Galleria Parkway
Suite 1600
Atlanta, GA  30339
T:  (770) 818-0000
F:  (770) 937-9960

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | |
|---|---|
| **FREEDOM FROM RELIGION FOUNDATION, INC., JANE DOE, individually; JOHN DOE, individually; JESSE DOE, individually; and JAMIE DOES, individually,** ) ) ) ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | **CIVIL ACTION FILE NO. 6:15-cv-00013-BAE-GRS** |
| **EMANUEL COUNTY SCHOOL SYSTEM (a/k/a Emanuel County Schools); KEVIN JUDY, individually and in his official capacity as Superintendent of Emanuel County School System; VALORIE WATKINS, individually and in her official capacity as Principal of Swainsboro Primary School; KAYTRENE BRIGHT, individually and in her official capacity as a Swainsboro Primary School teacher; and CEL THOMPSON, individually and in her official capacity as a Swainsboro Primary School teacher,** ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically submitted the foregoing

**NOTICE OF APPEARANCE** to the Clerk of Court using the CM/ECF system

which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants. Counsel of record is:

| | |
|---|---|
| Wallace R. Nichols<br>W.R. Nichols & Associates, PC<br>1532 Dunwoody Village Parkway<br>Suite 205<br>Atlanta, GA  30338 | Hieu M. Nguyen<br>Phillip L. Hartley<br>Harben Hartley & Hawkins, LLP<br>Suite 750, Wells Fargo Center<br>340 Jesse Jewell Parkway<br>Gainesville, GA  30501 |

Samuel T. Grover
Andrew L. Seidel
Freedom from Religion Foundation, Inc.
P.O. Box 750
Madison, WI  53701

Dated this 13th day of April, 2015.

/s/ Mary Anne Ackourey
Mary Anne Ackourey
Georgia Bar No. 001555
mackourey@fmglaw.com

FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway
Suite 1600
Atlanta, GA  30339
T:  (770) 818-0000
F:  (770) 937-9960