# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of Georgia

Case Number: CV615-013

Plaintiff:
**Freedom from Religious Foundation, et al.**
vs.
Defendant:
**Emanuel County School Systems, et al.**

For: Wallace Nichols
  W.R. Nichols and Associates

Received by Ancillary Legal Corporation on the 5th day of March, 2015 at 2:32 pm to be served on **Valerie Watkins, Swainsboro Primary, 308 Tiger Trail, Swainsboro, GA 30401**. I, _Gary C. Oglesby_, being duly sworn, depose and say that on the _9th_ day of _March_, 20_15_ at _10:35_: _A_ .m., executed service by delivering a true copy of the **Summons, Complaint, Letter to Dr. Kevin Judy, Letter to Andrew Seidel, General Order, Aplication for Admission Pro Hace Vice, Order of Admission, Order, Certificate of Interested Persons and Corporate Disclosure Statement, Jane Doe's Decleration in Motion for Leave to Proceed Using Pseudonyms, Memorandum in Support of Plaintiff's Motion for Leave using Pseudonyms and for Protective Order, Motion for Leave using Pseudonyms and for Protective Order, Protective Order, Order, Joint Motion to Extend Time to Respond to Plaintiffs' Motion for Leavfe to Proceed using Pseudonyms and for Protective Order, Certificate of Service, Waiver of Service of Summons and Complaint, First Amended Complaint, and Civil Cover Sheet** in accordance with state statutes in the manner marked below:

(✓) INDIVIDUAL SERVICE: Served the within-named person.

( ) SUBSTITUTE SERVICE: By serving _____ as _____.

( ) POSTED SERVICE: After attempting service on ___/___ at _____ and on ___/___ at _____ to a conspicuous place on the property described herein.

( ) NON SERVICE: For the reason detailed in the Comments below.

Marital Status: ( ) Married or ( ) Single   Name of Spouse _____

**COMMENTS:** _____

## AFFIDAVIT OF SERVICE for CV615-013

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the 16th day of March, 2015 by the affiant who is personally known to me.

_Rebecca Corinne Rossman_
NOTARY PUBLIC

[Notary Seal: REBECCA CORINNE ROSSMAN, NOTARY PUBLIC, BULLOCH COUNTY, GA, Comm. Exp. 5/27/18]

PROCESS SERVER # 0153
Appointed in accordance with State Statutes

Ancillary Legal Corporation
74 Goldrush Circle Ne
Atlanta, GA 30328
(404) 459-8006

Our Job Serial Number: 2015000751

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4i

**Ancillary Legal Corporation**  
74 Goldrush Circle Ne  
Atlanta, GA 30328  
Phone: (404) 459-8006  
Fax: (404) 459-0916  

<u>**INVOICE**</u>

Invoice #ANC-2015000752  
3/19/2015

Wallace Nichols  
W.R. Nichols and Associates  
1532 Dunwoody Village Parkway  
Suite 205  
Atlanta, GA 30338

**Case Number: Southern CV615-013**

Plaintiff:  
**Freedom from Religious Foundation, et al.**

Defendant:  
**Emanuel County School Systems, et al.**

Received: 3/5/2015   Served: 3/9/2015 10:35 am   ALC - IND PERSONAL  
To be served on: Cel Thompson

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Local) | 1.00 | 50.00 | 50.00 |
| **TOTAL CHARGED:** | | | $50.00 |
| **BALANCE DUE:** | | | $50.00 |

Please enclose a copy of this invoice with your payment.

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4i