# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District of Georgia

Case Number: CV615-013

Plaintiff:
**Freedom from Religious Foundation, et al.**
vs.
Defendant:
**Emanuel County School Systems, et al.**

For: Wallace Nichols
     W.R. Nichols and Associates

Received by Ancillary Legal Corporation on the 5th day of March, 2015 at 2:32 pm to be served on Cel Thompson, Swainsboro Primary, 308 Tiger Trail, Swainsboro, GA 30401. I, **Gary C. Oglesby**, being duly sworn, depose and say that on the **9th** day of **March**, 20**15** at **10:35** : **A** .m., executed service by delivering a true copy of the **Summons, Complaint, Letter to Dr. Kevin Judy, Letter to Andrew Seidel, General Order, Apllication for Admission Pro Hace Vice, Order of Admission, Order, Certificate of Interested Persons and Corporate Disclosure Statement, Jane Doe's Decleration in Motion for Leave to Proceed Using Pseudonyms, Memorandum in Support of Plaintiff's Motion for Leave using Pseudonyms and for Protective Order, Motion for Leave using Pseudonyms and for Protective Order, Protective Order, Order, Joint Motion to Extend Time to Respond to Plaintiffs' Motion for Leavfe to Proceed using Pseudonyms and for Protective Order, Certificate of Service, Waiver of Service of Summons and Complaint, First Amended Complaint, and Civil Cover Sheet** in accordance with state statutes in the manner marked below:

(✓) INDIVIDUAL SERVICE: Served the within-named person.

( ) SUBSTITUTE SERVICE: By serving _____ as _____.

( ) POSTED SERVICE: After attempting service on ___/___ at _____ and on ___/___ at _____ to a conspicuous place on the property described herein.

( ) NON SERVICE: For the reason detailed in the Comments below.

_____

Marital Status: ( ) Married or ( ) Single   Name of Spouse _____

**COMMENTS:** _____

## AFFIDAVIT OF SERVICE for CV615-013

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the 10th day of March, 2015 by the affiant who is personally known to me.

NOTARY PUBLIC — Rebecca Corinne Rossman, Bulloch County, GA, Comm. Exp. 5/27/18

PROCESS SERVER # 0153
Appointed in accordance with State Statutes

Ancillary Legal Corporation
74 Goldrush Circle Ne
Atlanta, GA 30328
(404) 459-8006

Our Job Serial Number: 2015000752

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4i

**Ancillary Legal Corporation**
74 Goldrush Circle Ne
Atlanta, GA 30328
Phone: (404) 459-8006
Fax: (404) 459-0916

## INVOICE

Invoice #ANC-2015000751
3/19/2015

Wallace Nichols
W.R. Nichols and Associates
1532 Dunwoody Village Parkway
Suite 205
Atlanta, GA 30338

**Case Number: Southern CV615-013**

Plaintiff:
**Freedom from Religious Foundation, et al.**

Defendant:
**Emanuel County School Systems, et al.**

Received: 3/5/2015   Served: 3/19/2015 10:35 am   ALC - IND PERSONAL
To be served on: Valerie Watkins

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Local) | 1.00 | 50.00 | 50.00 |
| TOTAL CHARGED: | | | $50.00 |
| **BALANCE DUE:** | | | **$50.00** |

Please enclose a copy of this invoice with your payment.

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4i