IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., *Jane Doe, individually, John Doe, individually, Jesse Doe, individually, Jamie Doe, individually*<br><br>Plaintiffs,<br><br>v.<br><br>EMANUEL COUNTY SCHOOL DISTRICT (A/K/A "Emanuel County Schools"), KEVIN JUDY, individually and in his official capacity as superintendent of Emanuel County School District, VALORIE WATKINS, individually and in her official capacity as principal of Swainsboro Primary School, KAYTRENE BRIGHT, individually and in her official capacity as a Swainsboro Primary School teacher, AND CEL THOMPSON, individually and in her official capacity as a Swainsboro Primary School teacher<br><br>Defendants. | Civil Action No.:<br>6:15-CV-00013 |

**PLAINTIFFS' NOTICE OF WITHDRAWAL OF APPLICATION FOR ENTRY OF DEFAULT**

COMES NOW Plaintiffs Freedom From Religion Foundation, Inc., Jane Doe, individually, John Doe, individually, Jessie Doe, individually, and Jamie Doe, individually (collectively referred to as "Plaintiffs") by and through their

undersigned attorneys, and hereby withdraw their Application for Entry of Default against Defendant Valorie Watkins ("Watkins") and Defendant Kaytrene Bright ("Bright"). Plaintiffs respectfully show the Court as follows:

1.

On April 21, 2015, Plaintiffs filed an Application for Entry of Default against Watkins and Bright for failing to Answer Plaintiffs' Amended Complaint within the time prescribed under the Federal Rules of Civil Procedure.

2.

Shortly thereafter, counsel for Watkins and Bright contacted the undersigned counsel for Plaintiffs and explained the circumstances by which Defendants did not file responsive pleadings. The parties agree that Watkins and Bright have demonstrated excusable neglect in failing to file Answers in accordance with Rule 55(c), F.R.Civ.P., and for an extension of time under Rule 6(b) F.R.Civ.P.

3.

Plaintiffs consent to extending the deadline for Watkins and Bright to file Answers or otherwise respond to Plaintiffs' Amended Complaint to May 8, 2015 and have filed a joint motion with those Defendants regarding the same.

4.

Having resolved the issues which formed the basis of Plaintiffs' Application for Entry of Default, Plaintiffs' respectfully withdraw their Application and

accompanying Affidavit of Default.

 Respectfully submitted this 5th day of May, 2015.

            /s/*Wallace R Nichols GBN288079*
            Wallace R. Nichols
            Georgia Bar No.: 288079
            W.R. Nichols & Associates, P.C.
            1532 Dunwoody Village Pkwy
            Ste 205
            Atlanta, GA 30338
            (404)602-0040
            Attorney for Plaintiffs