IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC.,<br>*Jane Doe, individually,*<br>*John Doe, individually,*<br>*Jesse Doe, individually,*<br>*Jamie Doe, individually*<br><br>*Plaintiffs*,<br><br>v.<br><br>EMANUEL COUNTY SCHOOL DISTRICT (A/K/A/ "Emanuel County Schools"),<br>KEVIN JUDY, individually and in his official capacity as superintendent of Emanuel County School District,<br>VALORIE WATKINS, individually and in her official capacity as principal of Swainsboro Primary School,<br>KAYTRENE BRIGHT, individually and in her official capacity as a Swainsboro Primary School teacher, AND<br>CEL THOMPSON, individually and in her official capacity as a Swainsboro Primary School teacher<br><br>*Defendants*. | Civil Action No. 6:15-cv-00013 |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he has this date, **May 5, 2015**, caused

a true and correct copy of the within and foregoing document to be filed with the Clerk of Court using the CM/ECF system which automatically sent e-mail notification of such filing to the following attorneys of record, each of whom is a registered participant in the Court as electronic notice and filing system:

>  Phillip L. Hartley
>  Hieu Nguyen
>  Harben, Hartley & Hawkins, LLP
>  Wells Fargo Center, Suite 750
>  340 Jesse Jewell Parkway
>  Gainesville, Georgia  30501
>  (770) 534-7341
>  (770) 532-0399 fax
>  phartley@hhhlawyers.com
>  hnguyen@hhhlawyers.com
>
>  Sam Grover
>  Andrew Seidel
>  Freedom From Religion Foundation
>  PO Box 750
>  Madison, WI 53701
>  (608) 256-8900
>  (608) 204-0422 fax
>  sgrover@ffrf.org
>  aseidel@ffrf.org
>
>  William H. Buechner, Jr.
>  Mary Anne Ackourey
>  100 Galleria Pkwy Ste 1600
>  Atlanta, GA 30339-5948
>  Attorneys for Cel Thompson

I hereby certify, under penalty of perjury, that I am more than 18 years of age, and that on this day, I served a copy of the within **Plaintiffs' Notice of**

**Withdrawal of Motion for Entry of Default** in this case upon the following by email transmission or by depositing a copy of same in U.S. Mail with sufficient postage affixed thereon to ensure delivery to:

KENT T. STAIR
State Bar No. 674025
kstair@carlockcopeland.com
JOHN C. ROGERS
State Bar No.: 612741
jrogers@carlockcopeland.com
Carlock, Copeland & Stair LLP
191 Peachtree Street, NE
Suite 3600
Atlanta, Georgia 30303
(404)522-8220
*Attorneys for Defendants*
*Valorie Watikins & Kaytrene Bright*

Dated:  **May 5, 2015**          /s/ *Wallace R. Nichols*
                                 Wallace R. Nichols, Esq.
                                 W.R. Nichols & Associates, P.C.
                                 1532 Dunwoody Village Parkway Ste 205
                                 Atlanta, GA 30338
                                 404-602-0040; Fax 800-768-0507
                                 wrn@wrnicholslaw.com