IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., *Jane Doe, individually, John Doe, individually, Jesse Doe, individually, Jamie Doe, individually*<br><br>Plaintiffs,<br><br>v.<br><br>EMANUEL COUNTY SCHOOL DISTRICT (A/K/A "Emanuel County Schools"), KEVIN JUDY, individually and in his official capacity as superintendent of Emanuel County School District, VALORIE WATKINS, individually and in her official capacity as principal of Swainsboro Primary School, KAYTRENE BRIGHT, individually and in her official capacity as a Swainsboro Primary School teacher, AND CEL THOMPSON, individually and in her official capacity as a Swainsboro Primary School teacher<br><br>Defendants. | Civil Action No.:<br>6:15-CV-00013 |

**CONSENT MOTION EXTENDING TIME TO ANSWER**

COMES NOW Defendant Valorie Watkins ("Watkins") and Plaintiffs Freedom From Religion Foundation, Inc., Jane Doe, individually, John Doe, individually, Jessie Doe, individually, and Jamie Doe, individually (collectively referred to as "Plaintiffs") by and through their undersigned attorneys, and hereby move this Court pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and

1

Local Rule 6.1 of the U.S. District Court in the Southern District of Georgia, for an Order extending the time in which Watkins may answer or otherwise respond to Plaintiffs' Amended Complaint. The parties respectfully show the Court the following:

1.

Plaintiffs filed this lawsuit on February 9, 2015.

2.

Watkins received a copy of the Complaint through the U.S. Mail in February of 2015, but was not formally served at this time.

3.

As set forth fully in the Affidavit of Valorie Watkins, attached as "Exhibit A" to this Motion, Watkins took immediate action to bring the lawsuit to the attention of the Georgia Association of Educators ("GAE"), a group that Watkins was led to believe would handle the litigation on her behalf.

4.

Subsequently, Watkins communicated with representatives of other groups, including Emanuel County School District ("the District") and York Risk Services Group ("York"), who also led her to believe that they were handling the litigation on her behalf.

5.

In reliance upon her communications with representatives of these entities, Watkins reasonably and justifiably believed that her interests were being protected with regard to the claims filed against her.

6.

Plaintiffs filed an Amended Complaint on March 5, 2015.

7.

Watkins was served with the Amended Complaint on March 9, 2015.

8.

Watkins continued to communicate with representatives of the District and York, but was never informed by any of these entities that she should hire an attorney, that she should file an Answer, or that the deadline to Answer had passed. Rather, Watkins, who has never been involved in a lawsuit before, believed that she had done everything right and her interests were being protected.

9.

On April 21, 2015, Plaintiffs filed an Application with this Court for an Entry of Default against Watkins.

10.

On April 22, 2015, the undersigned counsel was assigned to represent Watkins. The undersigned counsel immediately contacted Counsel for Plaintiffs

requesting an extension for Watkins to file responsive pleadings. After consulting with Plaintiffs, Counsel for Plaintiffs indicated that Plaintiffs graciously agreed to withdraw their Application for Entry of Default and extend the deadline for Watkins to file an Answer until May 8, 2015.

11.

Plaintiffs acknowledge that the facts set forth in this Motion and in "Exhibit A" demonstrate that Watkins' failure to act was due to excusable neglect in accordance with Rule 6(b) of the Federal Rules of Civil Procedure. Plaintiffs consent to an order extending the time for Watkins to file an answer to Plaintiffs' Amended Complaint.

WHEREFORE, the Plaintiffs and Watkins would respectfully request that the Court grant their motion seeking additional time in which to respond to Plaintiffs' Amended Complaint. A courtesy copy of an order granting the same is attached hereto as "Exhibit B".

Respectfully submitted, this 5th day of May, 2015.

[SIGNATURES ON FOLLOWING PAGE]

By: /s/ *Kent T. Stair*
KENT T. STAIR
State Bar No. 674025
kstair@carlockcopeland.com
JOHN C. ROGERS
State Bar No.: 612741
jrogers@carlockcopeland.com
Carlock, Copeland & Stair LLP
191 Peachtree Street, NE
Suite 3600
Atlanta, Georgia 30303
(404)522-8220

*Attorneys for Defendant
Valorie Watkins*

By: /s/ *Wallace R. Nichols*
*[Signed with express permission by Kent T. Stair]*
WALLACE R. NICHOLS
State Bar No.: 288079
wm@wmnicholslaw.com
W.R. Nichols & Associates, P.C.
1532 Dunwoody Village Parkway
Suite 205
Atlanta, Georgia 30338
(404)602-0040

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing pleading upon all parties to this matter by depositing a true copy of same in the U.S. Mail, proper postage prepaid, addressed to counsel of record as follows:

Wallace R. Nichols
W.R. Nichols & Associates, P.C.
1532 Dunwoody Village Parkway
Suite 205
Atlanta, Georgia 30338

Phillip L. Hartley
Hieu Nguyen
Harben, Hartley & Hawkins, LLP
Wells Fargo Center, Suite 750
340 Jesse Jewell Parkway
Gainesville, Georgia 30501

William Buechner
Mary Anne Ackourey
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948

Sam Grover
Andrew Seidel
Freedom From Religion Foundation
P.O. Box 750
Madison, WI 53701

This 5th day of May, 2015.

By: */s/ Kent T. Stair*
KENT T. STAIR
State Bar No. 674025
kstair@carlockcopeland.com
JOHN C. ROGERS
State Bar No.: 612741
jrogers@carlockcopeland.com
Carlock, Copeland & Stair LLP
191 Peachtree Street, NE
Suite 3600
Atlanta, Georgia 30303
(404)522-8220

*Attorneys for Defendant Valorie Watkins*