IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., *Jane Doe, individually, John Doe, individually, Jesse Doe, individually, Jamie Doe, individually*<br><br>Plaintiffs,<br><br>v.<br><br>EMANUEL COUNTY SCHOOL DISTRICT (A/K/A "Emanuel County Schools"), KEVIN JUDY, individually and in his official capacity as superintendent of Emanuel County School District, VALORIE WATKINS, individually and in her official capacity as principal of Swainsboro Primary School, KAYTRENE BRIGHT, individually and in her official capacity as a Swainsboro Primary School teacher, AND CEL THOMPSON, individually and in her official capacity as a Swainsboro Primary School teacher<br><br>Defendants. | Civil Action No.:<br>6:15-CV-00013 |

## ORDER

It is hereby ordered, adjudged, and decreed that the Defendant Valorie Watkins shall have an extension of time to file an Answer and any and all motions or defensive pleadings under the Federal Rules of Civil Procedure up to and including Friday, May 8, 2015. Plaintiffs' Application for Entry of Default has been withdrawn.

SO ORDERED this 5th day of May, 2015.

_____
Magistrate JUDGE, UNITED STATES DISTRICT COURT

Prepared By:

KENT T. STAIR
JOHN C. ROGERS
CARLOCK, COPELAND & STAIR, LLP
191 Peachtree Street, NE
Suite 3600
Atlanta, Georgia 30303
404-522-8220