IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., | : | Civil Action No. 6:15-cv-00013 |
| *Jane Doe, individually,* | : | |
| *John Doe, individually,* | : | |
| *Jesse Doe, individually,* | : | |
| *Jamie Doe, individually* | : | |
| | : | |
| *Plaintiffs*, | : | |
| | : | |
| v. | : | |
| | : | |
| EMANUEL COUNTY SCHOOL DISTRICT (A/K/A/ "Emanuel County Schools"), | : | |
| KEVIN JUDY, individually and in his official capacity as superintendent of Emanuel County School District, | : | |
| VALORIE WATKINS, individually and in her official capacity as principal of Swainsboro Primary School, | : | |
| KAYTRENE BRIGHT, individually and in her official capacity as a Swainsboro Primary School teacher, AND | : | |
| CEL THOMPSON, individually and in her official capacity as a Swainsboro Primary School teacher | : | |
| | : | |
| *Defendants*. | : | |
| | :: | |

**MOTION FOR LEAVE OF ABSENCE**
**FOR PLAINTIFFS' LOCAL COUNSEL**

Wallace R. Nichols, Local Counsel for Plaintiffs, above named, moves the Court to enter its Order Approving his Scheduled Leave of Absence.  The period of leave during which time Applicant will be away from the practice of law, is: May 7, 2015 - May 15, 2015.  Applicant plans to be out of the state of Georgia during this period. Counsel undersigned has discussed this leave with opposing counsel who have voiced no objection. Previously, undersigned filed a similar motion but the Certificate of Service contained an incorrect reference to the document noticed and served. Presumably, this is the reason the Court/Clerk never acknowledged the Leave requested.

WHEREFORE, Plaintiff prays that the Court acknowledge and approve his leave, that such be allowed, and for such other and further relief as the Court deems appropriate and just.

Respectfully submitted this date: **May 7, 2015**

/s/ *Wallace R. Nichols*
Wallace R. Nichols GBN288079
W.R. Nichols & Associates, P.C.
1532 Dunwoody Village Parkway Ste 205
Atlanta, GA 30338
404-602-0040; Fax 800-768-0507
wrn@wrnicholslaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., *Jane Doe, individually, John Doe, individually, Jesse Doe, individually, Jamie Doe, individually*<br><br>*Plaintiffs*,<br><br>v.<br><br>EMANUEL COUNTY SCHOOL DISTRICT (A/K/A/ "Emanuel County Schools"), KEVIN JUDY, individually and in his official capacity as superintendent of Emanuel County School District, VALORIE WATKINS, individually and in her official capacity as principal of Swainsboro Primary School, KAYTRENE BRIGHT, individually and in her official capacity as a Swainsboro Primary School teacher, AND CEL THOMPSON, individually and in her official capacity as a Swainsboro Primary School teacher<br><br>*Defendants*. | : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : | Civil Action No. 6:15-cv-00013 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he has this date, **May 7, 2015**, caused

a true and correct copy of the **Plaintiffs' Motion for Leave of Absence** to be filed

with the Clerk of Court using the CM/ECF system which automatically sent e-mail

notification of such filing to the following attorneys of record, each of whom is a

registered participant in the Court as electronic notice and filing system:

> Phillip L.  Hartley
> Hieu Nguyen
> Harben, Hartley & Hawkins, LLP
> Wells Fargo Center, Suite 750
> 340 Jesse Jewell Parkway
> Gainesville, Georgia  30501
> (770) 534-7341
> (770) 532-0399 fax
> phartley@hhhlawyers.com
> hnguyen@hhhlawyers.com
>
> Sam Grover
> Andrew Seidel
> Freedom From Religion Foundation
> PO Box 750
> Madison, WI 53701
> (608) 256-8900
> (608) 204-0422 fax
> sgrover@ffrf.org
> aseidel@ffrf.org
>
> William H. Buechner, Esq.
> Freeman Mathis & Gary, LLP
> 100 Galleria Parkway Suite 1600
> Atlanta, Ga. 30339-5948
> bbuechner@fmglaw.com
> Attorney for Cel Thompson
>
> KENT T. STAIR
> State Bar No. 674025
> kstair@carlockcopeland.com
> JOHN C. ROGERS

State Bar No.: 612741
jrogers@carlockcopeland.com
Carlock, Copeland & Stair LLP
191 Peachtree Street, NE
Suite 3600
Atlanta, Georgia 30303
(404)522-8220
*Attorneys for Defendants*
*Valorie Watikins & Kaytrene Bright*


    I hereby certify, under penalty of perjury, that I am more than 18 years of age, and that on this day, I served a copy of the within **Plaintiffs' Motion for Leave of Absence** in this case upon the following by email transmission or by depositing a copy of same in U.S. Mail with sufficient postage affixed thereon to ensure delivery to:

N/A

Dated: **May 7, 2015**          /s/ *Wallace R. Nichols*
                                             Wallace R. Nichols, Esq.
                                             W.R. Nichols & Associates, P.C.
                                           1532 Dunwoody Village Parkway Ste 205
                                           Atlanta, GA 30338
                                           404-602-0040; Fax 800-768-0507
                                           wrn@wrnicholslaw.com