IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

MAY -7 2015

CLERK _S. P. H_
SO. DIST. OF GA

IN RE:                              )
                                    )
CIVIL CASE REASSIGNMENTS            )     MISC. 615-01
                                    )
STATESBORO DIVISION                 )

O R D E R

All pending civil cases filed in the Statesboro Division of
this Court on the attached list were previously assigned to the
Honorable B. Avant Edenfield.

IT IS HEREBY ORDERED that these cases are reassigned to the
Honorable J. Randal Hall for further plenary disposition.  The
Clerk is directed to place this order in the record of each
reassigned case.

SO ORDERED, this _____ day of May, 2015.


_____
Lisa Godbey Wood
Chief United States District Judge
Southern District of Georgia

| Case Number/ Title |
| --- |
| 6:10-cv-00104-BAE-GRS |
| **Royal v. New York Life Insurance Company et al** |
| 6:11-cv-00045-BAE-RSB |
| **Spires v. Paul et al** |
| 6:12-cv-00099-BAE-RSB |
| **Brown v. Jackson et al** |
| 6:12-cv-00105-BAE-RSB |
| **Patel v. Owens et al** |
| 6:12-cv-00113-BAE-RSB |
| **Jackson et al v. Catanzariti et al** |
| 6:13-cv-00015-BAE-GRS |
| **Martinez-Garcia et al v. Perez, et al.** |
| 6:13-cv-00053-BAE-GRS |
| **Hernandez-Hernandez et al v. Hendrix Produce, Inc. et al** |
| 6:13-cv-00060-BAE-GRS |
| **United States Of America v. Hooks** |
| 6:13-cv-00075-BAE-GRS |
| **Grimes v. The Board of Regents of the University System of the State of Georgia et al** |
| 6:13-cv-00077-BAE-GRS |
| **Green v. United States of America** |
| 6:13-cv-00112-BAE-GRS |
| **Simmons v. United States of America** |
| 6:14-cv-00002-BAE-GRS |
| **Ameris Bank v. Russack** |
| 6:14-cv-00006-BAE-GRS |
| **Trust v. State Auto Property & Casualty Insurance Company** |
| 6:14-cv-00010-BAE-GRS |
| **Waters v. Georgia Department of Juvenile Justice** |
| 6:14-cv-00013-BAE-RSB |
| **Ross v. Williams** |
| 6:14-cv-00016-BAE-RSB |
| **Thomas v. Hutcheson et al** |
| 6:14-cv-00028-BAE-RSB |
| **Wilson v. Walker et al** |
| 6:14-cv-00039-BAE-RSB |
| **Key v. Fugitt et al** |
| 6:14-cv-00040-BAE-GRS |
| **Estate of James A. Bunce, Jr. v. United States of America** |
| 6:14-cv-00046-BAE-GRS |
| **Green v. Hooks et al** |

6:14-cv-00048-BAE-RSB
**Shaw v. State of Georgia et al**
6:14-cv-00053-BAE-GRS
**Perez v. Bland Farms Production & Packing, LLC et al**
6:14-cv-00056-BAE-RSB

**Morgan v. Williams et al**
6:14-cv-00058-BAE-GRS
**Conley v. Colvin**
6:14-cv-00062-BAE-GRS
**Schmidt v. C.R. Bard. Inc. et al**
6:14-cv-00067-BAE-RSB
**Sewell v. Chatman et al**
6:14-cv-00069-BAE-GRS

**Wise v. Collins Mobile Home Sales, Inc. et al**
6:14-cv-00071-BAE-RSB
**Straup v. Tatum**
6:14-cv-00072-BAE-RSB
**Sinclair v. Williams et al**
6:14-cv-00074-BAE-RSB
**Velez v. Owens et al**

6:14-cv-00077-BAE-RSB
**White v. Irving**
6:14-cv-00081-BAE-RSB
**Jenkins v. Hutcheson**
6:14-cv-00083-BAE-GRS
**Goff v. Colvin**
6:14-cv-00087-BAE-GRS

**Cody v. Colvin**
6:14-cv-00090-BAE-RSB
**MILLER v. MYRICK et al**
6:14-cv-00093-BAE-RSB
**Robbins v. Toole et al**
6:14-cv-00095-BAE-GRS
**Robbins v. Auto-Owners Insurance Company**
6:14-cv-00097-BAE-GRS

**Ameris Bank v. SB Partners, LLC et al**
6:14-cv-00098-BAE-RSB
**Watson v. Chatman et al**
6:14-cv-00100-BAE-GRS
**United States Of America v. Eleven Firearms and 807 Rounds of Ammunition**
6:14-cv-00102-BAE-GRS
**Graham v. Social Security Administration**

6:14-cv-00104-BAE-RSB
**Hampton v. Peeples et al**
6:14-cv-00105-BAE-RSB
6:14-cv-00106-BAE-GRS

| |
|---|
| **Byrd v. Colvin** |
| 6:14-cv-00107-BAE-RSB |
| **Bailey v. Hooks** |
| 6:14-cv-00108-BAE-RSB |
| **Moody v. Williams et al** |
| 6:14-cv-00110-BAE-GRS |
| **Chivers v. Star Freight, LLC et al** |
| 6:14-cv-00111-BAE-RSB |
| **Simmons v. Williams et al** |
| 6:14-cv-00112-BAE-RSB |
| **Shaw v. Toole et al** |
| 6:14-cv-00114-BAE-GRS |
| **Ramirez-Santana v. Akens** |
| 6:14-cv-00115-BAE-GRS |
| **McKinney v. General Motors, LLC.** |
| 6:14-cv-00116-BAE-RSB |
| **Watson v. Toole et al** |
| 6:14-cv-00117-BAE-GRS |
| **Rogers v. Toombs County Board of Education** |
| 6:14-cv-00120-BAE-GRS |
| **Davis et al v. Nationwide Insurance Company of America et al** |
| 6:14-cv-00121-BAE-GRS |
| **Broadcast Music, Inc. et al v. GATA'S Statesboro, LLC et al** |
| 6:14-cv-00122-BAE-RSB |
| **Clark v. Owens et al** |
| 6:14-cv-00123-BAE-GRS |
| **Lane v. Colvin** |
| 6:14-cv-00125-BAE-GRS |
| **Jenkins et al v. Wal-Mart Stores, Inc** |
| 6:14-cv-00126-BAE-GRS |
| **Caylor v. Corrections Corporation of America et al** |
| 6:14-cv-00128-BAE-GRS |
| **Murray v. United States Of America** |
| 6:14-cv-00129-BAE-RSB |
| **Monger v. Cook et al** |
| 6:14-mc-00001-BAE |
| 6:15-cv-00001-BAE-RSB |
| **Patterson v. Johnson** |
| 6:15-cv-00002-BAE-GRS |
| **Bah v. United States of America** |
| 6:15-cv-00003-BAE-RSB |
| **Jenkins v. Emanuel County Jail et al** |
| 6:15-cv-00004-BAE-GRS |
| **Sanders et al v. Norfolk Southern Railway Company et al** |
| 6:15-cv-00005-BAE-GRS |

**Overstreet v. Connecticut General Life Insurance Company**

6:15-cv-00006-BAE-GRS

**Gourdine v. United States of America**

6:15-cv-00007-BAE-GRS

**Beasley v. Pizza Hut of America, LLC**

6:15-cv-00008-BAE-RSB

**Pope, Jr. v. Perry**

6:15-cv-00009-BAE-RSB

**WALKER v. PALMER et al**

6:15-cv-00010-BAE-RSB

**Maher v. Toppings et al**

6:15-cv-00011-BAE-RSB

**Wilson v. Williams et al**

6:15-cv-00012-BAE-RSB

**HOLMES v. Williams, et al**

6:15-cv-00013-BAE-GRS

**Freedom From Religion Foundation, Inc. et al v. Emanuel County School System et al**

6:15-cv-00014-BAE-RSB

**Cobble v. Toole**

6:15-cv-00017-BAE-RSB

**King v. Henry et al**

6:15-cv-00018-BAE-RSB

**Walker v. Tools et al**

6:15-cv-00019-BAE-RSB

**Clayton v. Bryson et al**

6:15-cv-00020-BAE-RSB

**Mitschell et al v. Broome et al**

6:15-cv-00021-BAE-GRS

**Nelson v. United States of America**

6:15-cv-00023-BAE-RSB

**Winberly Jr. v. Broome et al**

6:15-cv-00024-BAE-GRS

**Lariscy et al v. Burke et al**

6:15-cv-00025-BAE-GRS

**Sesolinc GRP, Inc. v. Metal-Con, Inc. et al**

6:15-cv-00026-BAE-GRS

**Taylor v. United States of America**

6:15-cv-00027-BAE-RSB

**Walker v. Tool et al**

6:15-cv-00028-BAE-RSB

**Neville v. McCaghren**

6:15-cv-00029-BAE-RSB

**Riley v. Vaughn et al**

6:15-cv-00030-BAE-GRS

**Brannen v. First Citizens Bankshares Inc. Employee Stock Ownership Plan with 401(k) Provisions et al**
6:15-cv-00032-BAE-RSB
**Williams v. Martin**
6:15-cv-00033-BAE-RSB
**Burton v. Jenkins et al**
6:15-cv-00034-BAE-RSB
**Strozier v. Butts et al**
6:15-cv-00035-BAE-GRS

**Hiscox Dedicated Corporate Member LTD v. Davidson et al**

6:15-cv-00036-BAE-GRS
**Drayton v. United States Of America**
6:15-cv-00037-BAE-GRS
**Cribbs v. Colvin**
6:15-cv-00038-BAE-RSB
**Christian v. Toole et al**
6:15-cv-00039-BAE-GRS

**Haggins et al v. Carrington Mortgage Services, LLC et al**

6:15-cv-00041-BAE-RSB
**Wimberly Jr. v. Broom et al**
6:15-cv-00042-BAE-RSB
**Clayton v. Williams et al**
6:15-cv-00044-BAE-RSB
**Horne v. Nevil et al**
6:15-cv-00045-BAE-GRS *SEALED*

6:15-cv-00046-BAE-RSB
**Cook v. Bryson**
6:15-cv-00047-BAE-RSB
**Henry v. Toole**