# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## STATESBORO DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., et al. ) ) ) | |
| Plaintiffs,                                    ) | Civil Action |
|                                                ) | File No. 6:15-CV-00013 |
| vs.                                            ) | |
|                                                ) | |
| EMANUEL COUNTY SCHOOL DISTRICT ET AL.           ) ) ) | |
| Defendants.                                    ) | |
|                                                ) | |

## NOTICE OF CASE MANAGEMENT PROCEDURES
## (LITIGANTS' BILL OF RIGHTS)
### S.D. Ga. Local Rule 16.7

Litigants in this Court may wish to utilize procedures that are available to assist the speedy and efficient resolution of civil cases. This notice must be furnished by Plaintiff's counsel to his client and served with the Complaint upon all Defendants. Counsel for each party represented shall ensure that the notice is filled out, signed by the party, and returned to the Clerk's office (1) by Counsel for the Plaintiff within 15 days of filing the Complaint, and (2) by Counsel for the Defendant with the answer or other responsive pleading.

## Notice to Parties and Counsel

1. If all parties in a case elect to do so, a civil case in this Court can be referred to non-binding mediation. The purpose of such is to assist the parties in understanding the strengths and weaknesses of their respective positions and to facilitate settlement.

Do you wish to use such a procedure and for your lawyer to meet with opposing counsel and a Judge of this Court to establish a mediation plan for this case?

__  Yes  __
(answer yes or no)

2. If the parties in a case elect to do so, a civil case in this Court can be referred to binding or non-binding arbitration. In some instances, arbitration may be quieter, cheaper, and less formal than litigation. Its outcome can be binding or purely advisory, depending on the parties' agreement. The parties can also agree to tailor the rules of procedure.

Do you wish to consider such a procedure and for your lawyer to meet with opposing counsel and a Judge of this Court to establish an arbitration plan for this case?

__  No  __
(answer yes or no)

3. If all parties in a case consent and the Court concurs, the right to proceed before a United States District Judge may be waived, and the case can be presided over by a United States Magistrate Judge.

Would you like to consider use of a Magistrate Judge and receive more information on this alternative?

                                                        __No__
                                                (answer yes or no)

4. After the Complaint and Answer are filed in a case, the rules of this Court normally allow four (4) months for the completion of discovery. If discovery continues for a longer period of time, it will be because the attorneys have requested an extension of time from this Court.

5. If justified by the complexity or difficulty of a case, the Court will consider the entry of a special case management order. After hearing from the parties, this order would supersede the Local Rules and provide new dates for the different aspects of discovery, amendments to the pleadings, the filing of motions, conferences with the Court, and preparation for the ultimate pretrial order and trial of the case.

The lawyers for all of the parties are encouraged to consult concerning the need for such a case management order.

6. At the completion of discovery and before trial, each party will be required to participate in the filing of a pre-trial order. In most cases, there will also be a pre-trial conference with the presiding Judge. At the conference the Court will inquire about the prospects for settlement of the case. Normally the Court will require the client to be present in person or by telephone.

By Order of the Court.

_____
Clerk of Court

I have reviewed with my attorney the above notice and have indicated my desired responses to paragraphs 1, 2 and 3.

This __8th__ day of May, 2015.

*Valorie Watkins*
By:   Valorie Watkins

I have furnished a copy of this notice to the party represented by me (including any insurance company assisting with the cost of defense) and discussed with my client responses to paragraphs 1, 2 and 3 which have been noted. I have also served opposing counsel with a copy of the completed notice.

/s/ Kent T. Stair
Kent T. Stair (Georgia Bar. No. 674025 )
kstair@carlockcopeland.com
191 Peachtree Street NE, Suite 3600
Atlanta, GA  30303
(404) 522-8220 (phone)
(404) 222-9482 (fax)

4

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of Court using the CM/ECF system and also served on the following by placing same in the U.S. mail, postage prepaid and properly addressed, this 8th day of May, 2015:

Wallace R. Nichols
W.R. Nichols & Associates, P.C.
1532 Dunwoody Village Parkway
Suite 205
Atlanta, Georgia  30338

Phillip L. Hartley
Hieu Nguyen
Harben, Hartley & Hawkins, LLP
Wells Fargo Center, Suite 750
340 Jesse Jewell Parkway
Gainesville, Georgia  30501

William Buechner
Mary Anne Ackourey
100 Galleria Parkway, Suite 1600
Atlanta, Georgia  30339-5948

Sam Grover
Andrew Seidel
Freedom From Religion Foundation
P.O. Box 750
Madison, WI  53701

[SIGNATURE ON FOLLOWING PAGE]

By:    */s/ Kent T. Stair*
      KENT T. STAIR
      State Bar No. 674025
      kstair@carlockcopeland.com
      JOHN C. ROGERS
      State Bar No.: 612741
      jrogers@carlockcopeland.com
      Carlock, Copeland & Stair LLP
      191 Peachtree Street, NE
      Suite 3600
      Atlanta, Georgia 30303
      (404)522-8220

*Attorneys for Defendant Valorie Watkins*