IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., ET AL.<br><br>Plaintiffs,<br><br>vs.<br><br>EMANUEL COUNTY SCHOOL DISTRICT ET AL.<br><br>Defendants. | Civil Action<br>File No. 6:15-CV-00013 |

## CERTIFICATE OF INTERESTED PARTIES

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2 for the United States District Court for the Southern District of Georgia, Defendants Valorie Watkins, individually and in her official capacity as principal of Swainsboro Primary School and Kaytrene Bright, individually and in her official capacity as a Swainsboro Primary School teacher, certify that the following is a full and complete list of the parties in this action:

Name

Defendant Kaytrene Bright

Defendant Valorie Watkins

The undersigned further certifies that the following is a full and complete list of officers, directors, or trustees of the above-identified parties:

Name

As to Defendants Bright and Watkins – None.

The undersigned further certifies that the following is a full and complete list of other persons, firms, partnerships, corporations, or organizations that have a financial interest in, or another interest which could be substantially affected by, the outcome of this case (including a relationship as a parent or holding company or similar relationship).

Name

As to Defendants Bright and Watkins – Nautilus Insurance Company

Respectfully submitted, this 8th day of May, 2015.

[SIGNATURE ON FOLLOWING PAGE]

By: */s/ Kent T. Stair*
KENT T. STAIR
State Bar No. 674025
kstair@carlockcopeland.com
JOHN C. ROGERS
State Bar No.: 612741
jrogers@carlockcopeland.com
Carlock, Copeland & Stair LLP
191 Peachtree Street, NE
Suite 3600
Atlanta, Georgia 30303
(404)522-8220

*Attorneys for Defendants*
*Kaytrene Bright and Valorie Watkins*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of Court using the CM/ECF system and also served on the following by placing same in the U.S. mail, postage prepaid and properly addressed, this 8th day of May, 2015:

Wallace R. Nichols
W.R. Nichols & Associates, P.C.
1532 Dunwoody Village Parkway
Suite 205
Atlanta, Georgia  30338

Phillip L. Hartley
Hieu Nguyen
Harben, Hartley & Hawkins, LLP
Wells Fargo Center, Suite 750
340 Jesse Jewell Parkway
Gainesville, Georgia  30501

William Buechner
Mary Anne Ackourey
100 Galleria Parkway, Suite 1600
Atlanta, Georgia  30339-5948

Sam Grover
Andrew Seidel
Freedom From Religion Foundation
P.O. Box 750
Madison, WI  53701

[SIGNATURE ON FOLLOWING PAGE]

By: */s/ Kent T. Stair*
KENT T. STAIR
State Bar No. 674025
kstair@carlockcopeland.com
JOHN C. ROGERS
State Bar No.: 612741
jrogers@carlockcopeland.com
Carlock, Copeland & Stair LLP
191 Peachtree Street, NE
Suite 3600
Atlanta, Georgia 30303
(404)522-8220

*Attorneys for Defendant
Kaytrene Bright and Valorie Watkins*

5092415v.1