IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., et al. | * * * | |
| Plaintiffs, | * * | |
| v. | * * | CV 615-013 |
| EMANUEL COUNTY SCHOOL DISTRICT, et al., | * * * | |
| Defendants. | * | |

IN RE: LEAVE OF ABSENCE

Presently before the Court is Wallace R. Nichols' Motions for Leave of Absence. (Docs. 25 & 45.) Because the dates of requested leave have come and gone, the motions are **DISMISSED AS MOOT**.

**ORDER ENTERED** at Augusta, Georgia, this 18th day of May, 2015.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA