IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., et al. | ) ) ) ) | |
| *Plaintiffs*, | ) ) ) | Civil Action File No. 6:15-cv-00013-BAE-GRS |
| v. | ) ) | |
| EMANUEL COUNTY SCHOOL DISTRICT, et al. | ) ) ) | |
| *Defendants*. | ) | |

**NOTICE OF ALTERNATIVE DISPUTE RESOLUTION and
CASE MANAGEMENT PROCEDURES
(LITIGANTS' BILL OF RIGHTS)
S.D. Ga. LR 16.7**

Litigants in this Court may wish to utilize procedures that are available to assist the speedy and efficient resolution of civil cases. This notice must be furnished by plaintiff's counsel to his client and served with the complaint upon all defendants. Counsel for each party represented shall ensure that the notice is filled out, signed by the party, and returned to the Clerk's office (1) by counsel for the plaintiff within 15 days of filing the complaint, and (2) by counsel for the defendant with the answer or other responsive pleading.

1

## Notice to Parties and Counsel

1.   If all parties in a case elect to do so, a civil case in this Court can be referred to non-binding mediation.  The purpose of such is to assist the parties in understanding the strengths and weaknesses of their respective positions and to facilitate settlement.

Do you wish to use such a procedure and for your lawyer to meet with opposing counsel and a Judge of this Court to establish a mediation plan for this case?

_____No._____

2.   If the parties in a case elect to do so, a civil case in this Court can be referred to binding or non-binding arbitration.  In some instances, arbitration may be quicker, cheaper, and less formal than litigation.  Its outcome can be binding or purely advisory, depending on the parties' agreement.  The parties can also agree to tailor the rules of procedure.

Do you wish to consider such a procedure and for your lawyer to meet with opposing counsel and a Judge of this Court to establish an arbitration plan for this case?

_____No._____

3. If all parties in a case consent and the Court concurs, the right to proceed before a United States District Judge may be waived, and the case can be presided over by a United States Magistrate Judge.

Would you like to consider use of a Magistrate Judge and receive more information on this alternative?

<u>            No.            </u>

4. After the complaint and answer are filed in a case, the rules of this Court normally allow four (4) months for the completion of discovery. If discovery continues for a longer period of time, it will be because the attorneys have requested an extension of time from the Court.

5. If justified by the complexity or difficulty of a case, the Court will consider the entry of a special case management order. After hearing from the parties, this order would supersede the Local Rules and provide new dates for the different aspects of discovery, amendments to the pleadings, the filing of motions, conferences with the Court, and preparation for the ultimate pretrial order and trial of the case.

The lawyers for all of the parties are encouraged to consult concerning the need for such a case management order.

6.   At the completion of discovery and before trial, each party will be required to participate in the filing of a pretrial order. In most cases, there will also be a pretrial conference with the presiding Judge. At the conference, the Court will inquire about the prospects for settlement of the case. Normally the Court will require the client to be present in person or by telephone.

By Order of the Court.

_____
Clerk of Court

This 3rd day of June, 2015. I have reviewed with my attorney the above notice and have indicated my desired responses to paragraphs 1, 2, and 3.

_____       _____
Plaintiff                                                           Plaintiff

I have furnished a copy of this notice to the party represented by me and discussed with my client responses to paragraphs 1, 2, and 3 which have been noted. I have also served opposing counsel with a copy of the completed notice.

Dated: **June 3, 2015**        /s/ *Wallace R. Nichols*
Wallace R. Nichols, Esq.
W.R. Nichols & Associates, P.C.
1532 Dunwoody Village Parkway Ste 205
Atlanta, GA 30338
404-602-0040; Fax 800-768-0507
wrn@wrnicholslaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he has this date, **June 3, 2015**, caused

a true and correct copy of the foregoing notice to be filed with the Clerk of Court using the CM/ECF system which automatically sent e-mail notification of such filing to the following attorneys of record, each of whom is a registered participant in the Court as electronic notice and filing system:

    Phillip L. Hartley
    Hieu Nguyen
    Harben, Hartley & Hawkins, LLP
    Wells Fargo Center, Suite 750
    340 Jesse Jewell Parkway
    Gainesville, Georgia  30501
    (770) 534-7341
    (770) 532-0399 fax
    phartley@hhhlawyers.com
    hnguyen@hhhlawyers.com

    Sam Grover
    Andrew Seidel
    Freedom From Religion Foundation
    PO Box 750
    Madison, WI 53701
    (608) 256-8900
    (608) 204-0422 fax
    sgrover@ffrf.org
    aseidel@ffrf.org

    William H. Buechner, Esq.
    Freeman Mathis & Gary, LLP
    100 Galleria Parkway Suite 1600
    Atlanta, Ga. 30339-5948
    bbuechner@fmglaw.com
    Attorney for Cel Thompson

    KENT T. STAIR

      State Bar No. 674025
      kstair@carlockcopeland.com
      JOHN C. ROGERS
      State Bar No.: 612741
      jrogers@carlockcopeland.com
      Carlock, Copeland & Stair LLP
      191 Peachtree Street, NE
      Suite 3600
      Atlanta, Georgia 30303
      (404)522-8220
      *Attorneys for Defendants*
      *Valorie Watikins & Kaytrene Bright*

    I hereby certify, under penalty of perjury, that I am more than 18 years of age, and that on this day, I served a copy of the within **Plaintiffs' NOTICE OF ALTERNATIVE DISPUTE RESOLUTION and CASE MANAGEMENT PROCEDURES** in this case upon the following by email transmission or by depositing a copy of same in U.S. Mail with sufficient postage affixed thereon to ensure delivery to: N/A

Dated: **June 3, 2015**      /s/ *Wallace R. Nichols*
                              Wallace R. Nichols, Esq.
                              W.R. Nichols & Associates, P.C.
                              1532 Dunwoody Village Parkway Ste 205
                              Atlanta, GA 30338
                              404-602-0040; Fax 800-768-0507
                              wrn@wrnicholslaw.com

                      Samuel T. Grover (WI Bar: 1096047)
                      Andrew L. Seidel (WI Bar: 1089025)
                      (Both Pro Hac Vice)

Freedom From Religion Foundation
P.O. Box 750
Madison, WI 53701
(608) 256-8900

**ATTORNEYS FOR PLAINTIFFS**