IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION ) <br> FOUNDATION, INC., et al., ) <br>   ) <br> Plaintiffs, ) <br>   ) <br> v. ) <br>   ) <br> EMANUEL COUNTY SCHOOL ) <br> DISTRICT (A/K/A "Emanuel ) <br> County Schools"), et al., ) <br>   ) <br> Defendants. ) | CIVIL ACTION FILE NO. <br> 6:15-cv-00013-JRH-GRS |

**JOINT MOTION TO EXTEND TIME FOR
PARTIES TO FILE THEIR RULE 26(F) REPORT**

COME NOW, the Plaintiffs and the Defendants in the above-referenced civil action, and file this, their Joint Motion to Extend Time to File Their Rule 26(f) Report. The parties show this Court as follows:

1.

Plaintiffs filed their original Complaint on February 9, 2015 and filed their Amended Complaint on March 5, 2015.

2

Defendants Emanuel County School District and Kevin Judy filed their Answer on April 10, 2015. Defendant Cel Thompson filed her Answer on April 10, 2015 as well. Defendants Valorie Watkins and Kaytrene Bright filed their respective Answers on May 8, 2015.

3.

Pursuant to Local Rules 26.1(a) and (b), the deadline for the parties to file their Rule 26(f) Report currently is June 9, 2015.

4.

The parties need additional time to conduct their Rule 26(f) conference and file their Rule 26(f) report because of scheduling difficulties arising out of the schedules of four groups of attorneys and their other case-related commitments. In addition, during the time period after Defendants Watkins and Bright filed their respective Answers to this case on May 8, 2015, local counsel for Plaintiffs was out of the country through May 15, 2015. Also, lead counsel for Defendants Watkins and Bright was out of the country from May 28, 2015 through June 6, 2015 and has a substantial mediation scheduled for June 9, 2015 that has required his full-time attention upon his return from overseas.

5.

The parties have scheduled their Rule 26(f) conference for Tuesday, June 16, 2015.

6.

Accordingly, the parties respectfully request that the deadline for them to file their Rule 26(f) report be extended by 14 days through and including June 23, 2015.

7.

A proposed Order is attached for the Court's convenience.

[SIGNATURES ON FOLLOWING PAGES]

**CONSENTED TO BY**:

| | |
|---|---|
| \s\ Wallace R. Nichols<br>Wallace R. Nichols<br>Georgia Bar No. 288079<br>W.R. NICHOLS & ASSOCIATES, P.C.<br>1532 Dunwoody Village Parkway<br>Suite 205<br>Atlanta, Georgia 30338<br>T – 404.602.0040<br>F – 800.768.0507<br>E – wrn@wrnicholslaw.com<br><br>Samuel T. Grover (pro hac vice)<br>Bar No. 1096047<br>Andrew Seidel (pro hac vice)<br>Bar No. 1089025<br>Freedom From Religion Foundation<br>P.O. Box 750<br>Madison, WI 53701<br>T – 608.256.8900<br>E – sgrover@ffrf.org<br>     aseidel@ffrf.org<br><br>Counsel for Plaintiffs | \s\ William H. Buechner, Jr.<br>Mary Anne Ackourey<br>Georgia Bar No. 001555<br>William H. Buechner, Jr.<br>Georgia Bar No. 086392<br>FREEMAN MATHIS & GARY, LLP<br>100 Galleria Parkway<br>Suite 1600<br>Atlanta, Georgia 30339-5948<br>T – 770.818.000<br>F – 770.937.9960<br>E – mackourey@fmglaw.com<br>     bbuechner@fmglaw.com<br><br><br><br><br><br><br><br><br><br>Counsel for Defendant Cel Thompson |
| \s\ Hieu M. Nguyen<br>Phillip L. Hartley, Esq.<br>Georgia Bar No. 333987<br>Hieu M. Nguyen<br>Georgia Bar No. 382526<br>HARBEN HARTLEY & HAWKINS, LLP<br>Suite 750, Wells Fargo Center<br>340 Jesse Jewell Parkway<br>Gainesville, Georgia 30501 | \s\ Kent T. Stair<br>Kent T. Stair<br>Georgia Bar No. 674025<br>John C. Rogers<br>Georgia Bar No. 612741<br>CARLOCK, COPELAND & STAIR, LLP<br>191 Peachtree Street, NE<br>Suite 3600 |

| | |
|---|---|
| T – 770.534.7341<br>F – 770.532.0399<br>E – phartley@hhhlawyers.com<br>    hnguyen@hhhlawyers.com<br><br><br>Counsel for Defendants Emanuel County School District and Kevin Judy | Atlanta, Georgia  30303<br>T – 404.522.8220<br>E -- kstair@carlockcopeland.com<br>    jrogers@carlockcopeland.com<br><br><br>Counsel for Defendants Valorie Watkins and Kaytrene Bright |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION )<br>FOUNDATION, INC., et al., )<br>        )<br>    Plaintiffs, )<br>        )<br>v.      )<br>        )<br>EMANUEL COUNTY SCHOOL )<br>DISTRICT (A/K/A "Emanuel )<br>County Schools"), et al., )<br>        )<br>    Defendants. ) | CIVIL ACTION FILE NO.<br>6:15-cv-00013-JRH-GRS |

## ORDER

For good cause shown, the parties' Joint Motion for Extension of Time to File Rule 26(f) Report is hereby GRANTED. It is hereby ORDERED that the time for the parties to file their Rule 26(f) Report is hereby scheduled through and including June 23, 2015.

**SO ORDERED** this _____ day of June, 2015.

_____
G.R. SMITH
UNITED STATES MAGISTRATE JUDGE

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## STATESBORO DIVISION

| | |
|---|---|
| **FREEDOM FROM RELIGION** )<br>**FOUNDATION, INC., et al.,** )<br>) <br>    **Plaintiffs,** )<br>)<br>v. )<br>)<br>**EMANUEL COUNTY SCHOOL** )<br>**DISTRICT (A/K/A "Emanuel** )<br>**County Schools"), et al.,** )<br>)<br>    **Defendants.** ) | **CIVIL ACTION FILE NO.**<br>**6:15-cv-00013-JRH-GRS** |

## CERTIFICATE OF SERVICE

I have this day electronically submitted the foregoing **JOINT MOTION TO EXTEND TIME FOR PARTIES TO FILE THEIR RULE 26(F) REPORT** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are as follows:

Wallace R. Nichols
W.R. Nichols & Associates, P.C.
1532 Dunwoody Village Parkway
Suite 205
Atlanta, Georgia 30338

Samuel T. Grover
Andrew Seidel
Freedom From Religion Foundation
P.O. Box 750
Madison, WI 53701

Phillip L. Hartley
Hieu M. Nguyen
Harben Hartley & Hawkins, LLP
Suite 750, Wells Fargo Center
340 Jesse Jewell Parkway
Gainesville, Georgia 30501

Kent T. Stair
John C. Rogers
Carlock, Copeland & Stair LLP
191 Peachtree Street, NE
Suite 3600
Atlanta, Georgia 30303

This 9th day of June, 2015.

\s\ William H. Buechner, Jr.
William H. Buechner, Jr.
Georgia Bar No. 086392