IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

JUN 10 2015

CLERK_____
SO. DIST. OF GA

| | |
|---|---|
| FREEDOM FROM RELIGION ) <br> FOUNDATION, INC., et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> EMANUEL COUNTY SCHOOL ) <br> DISTRICT (A/K/A "Emanuel ) <br> County Schools"), et al., ) <br> ) <br> Defendants. ) | CIVIL ACTION FILE NO. <br> 6:15-cv-00013-JRH-GRS |

## ORDER

For good cause shown, the parties' Joint Motion for Extension of Time to File Rule 26(f) Report is hereby GRANTED. It is hereby ORDERED that the time for the parties to file their Rule 26(f) Report is hereby scheduled through and including June 23, 2015.

SO ORDERED this _10th_ day of June, 2015.

_____
G.R. SMITH
UNITED STATES MAGISTRATE JUDGE