# United States District Court
## *Southern District of Georgia*

Freedom From Religion Foundation, Inc.
_____
Plaintiff

Case No. 6:15-CV-00013-JRH-GRS

v. Emanuel County School District, et al.
_____
Defendant

Appearing on behalf of : _____
Defendants Bright and Watkins
_____
(Plaintiff/Defendant)

### APPLICATION FOR ADMISSION PRO HAC VICE

***Petitioner***, _____William P. Jones_____ hereby requests permission to appear pro hac vice in the subject case filed in the _____Statesboro_____ Division of the United States District Court for the Southern District of Georgia. ***Petitioner*** states under the penalty of perjury that (he/she) is a member in good standing of the Bar of the United States Court, _____USDC Northern District of Georgia_____. ***Petitioner*** states further that (he/she) is eligible for admission under Local Rule 83.4 and that (he/she) does not reside or maintain an office for the practice of law in the Southern District of Georgia.

***Petitioner*** designates _____John C. Rogers_____ as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel.

***Petitioner*** further certifies that (s)he has read, is familiar with, and will comply with the Local Rules of the Southern District of Georgia.

This __23rd__ day of __June__, __2015__.

_____
(Signature of ***Petitioner***)

### CONSENT OF DESIGNATED LOCAL COUNSEL

I, _____John C. Rogers_____, designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the ***Petitioner*** fail to respond to any Court order for appearance or otherwise. This __23rd__ day of __June__, __2015__.

__612741__
Georgia Bar Number

_____
Signature of Local Counsel

__404-522-8220__
Business Telephone

__Carlock, Copeland & Stair, LLP__ (Law Firm)
__191 Peachtree Street, Suite 3600__ (Business Address)
__Atlanta, Georgia  30303__ (City, State, Zip)
_____ (Mailing Address)
__jrogers@carlockcopeland.com__ (Email Address)

# United States District Court
## Southern District of Georgia

Freedom From Religion Foundation, Inc.
_____
Plaintiff

v.   Emanuel County School District, et al.
_____
Defendant

Case No.  6:15-CV-00013-JRH-GRS

Appearing on behalf of
Defendants Bright and Watkins
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This _____ day of _____, _____ .

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

* * * * *

| | |
|---|---|
| NAME OF PETITIONER: | WILLIAM P. JONES |
| Business Address: | Carlock, Copeland & Stair, LLP |
| | Firm/Business Name |
| | 191 Peachtree Street, NE |
| | Street Address |
| | Suite 3600   Atlanta   GA   30303 |
| | Street Address (con't)   City   State   Zip |
| | Mailing Address (if other than street address) |
| | Address Line 2   City   State   Zip |
| | (404)522-8220         398228 |
| | Telephone Number (w/ area code)   Georgia Bar Number |
| Email Address: | wjones@carlockcopeland.com |