# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### STATESBORO DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> EMANUEL COUNTY SCHOOL DISTRICT, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action File No. <br><br> 6:15-CV-00013-BAE-GRS |

## RULE 26(f) REPORT

1. Date of Rule 26(f) conference: June 16, 2015.

2. Parties or counsel who participated in conference:

   <u>Counsel for Plaintiffs</u>:          Wallace R. Nichols

   <u>Counsel for Defendants</u>[1]:    Phillip L. Hartley

   <u>Counsel for Defendant</u>[2]:     William H. Buechner, Jr.

   <u>Counsel for Defendant</u>[3]:     John C. Rogers
                                                      William P. Jones

3. If any defendant has yet to be served, please identify the defendant and state when service is expected:

   N/A

4. Date the Rule 26(a)(1) disclosures were made or will be made:

   Defendants Emanuel County School District and Kevin Judy served their Rule 26(a) Disclosures on May 27, 2015.

---

[1] Counsel for Defendants Emanuel County School District and Kevin Judy *only*.
[2] Counsel for Defendant Cel Thompson *only*.
[3] Counsel for Defendants Valorie Watkins and Kaytrene Bright *only*.

        Plaintiffs served their Disclosures on June 15, 2015.

        Defendants Thompson, Watkins and Bright will serve their respective Initial Disclosures by June 26, 2015.

5. If any party objects to making the initial disclosures required by Rule 26(a)(1) or proposes changes to the timing or form of those disclosures:

   a. Identify the party or parties making the objection or proposal:

   N/A

   b. Specify the objection or proposal:

6. The Local Rules provide a 140-day period for discovery. If any party is requesting additional time for discovery:

   a. Identify the party or parties requesting additional time: All parties by agreement

   b. State the number of months the parties are requesting for discovery:

   6 Months from the date of last answer filed

   c. Identify the reason(s) for requesting additional time for discovery:

       __X__ Unusually large number of parties and attorneys

       _____ Unusually large number of claims or defenses

       _____ Unusually large number of witnesses

       _____ Exceptionally complex factual issues

       _____ Need for discovery outside the United States

       __X__ Other: Delay in joining of issue as to two defendants, issues with pending motion and potential student issues as outlined below

   d. Please provide a brief statement in support of each of the reasons identified above:

   Given the need to coordinate the schedule of multiple defendants and four sets of

   lawyers over a time period including the summer, the number of depositions that

2

        may need to be taken, the delay in joining the issue as to two of the defendants, and potential confidentiality concerns relating to abiding by the terms of the Protective Order (Doc. #57), the parties would request six months for discovery to run from the date of the last answer filed (May 8, 2015).

7. If any party is requesting that discovery be limited to particular issues or conducted in phases, please:

   a. Identify the party or parties requesting such limits:

   b. State the nature of any proposed limits:

   If educational records are sought regarding the student plaintiffs, the parties will seek to agree upon an appropriate release and/or protective order in compliance with the Protective Order (Doc. #57) and the Family Educational Rights and Privacy Act. If they are unable to agree, an appropriate motion will be filed with the Court, depending upon the discovery sought.

8. The Local Rules provide, and the Court generally imposes, the following deadlines:

| | |
|---|---|
| Last day for filing motions to add or join parties or amend pleadings | 60 days after issue is joined |
| Last day to furnish expert witness report by plaintiff | 60 days after Rule 26(f) conference |
| Last day to furnish expert witness report by a defendant | 90 days after Rule 26(f) conference (or 60 days after the answer, whichever is later) |
| Last day to file motions | 30 days after close of discovery |

If any party requests a modification of any of these deadlines:

   a. Identify the party or parties requesting the modification:

   N/A

b. State which deadline should be modified and the reason supporting the request:

N/A

9. If the case involves electronic discovery:

   a. State whether the parties have reached an agreement regarding the preservation, disclosure, or discovery of electronically stored information, and if the parties prefer to have their agreement memorialized in the scheduling order, briefly describe the terms of their agreement:

   The parties have agreed to limit the scope of production (e.g., accessibility, search terms, date limitations, or key witnesses) as follows: the parties have agreed to inquire promptly regarding the extent and types of information that may be stored electronically and will discuss reasonable ESI search terms, date limitations and key witnesses for ESI searches as discovery progresses, as well as the manner in which any such information will be produced so as to avoid unduly burdensome and irrelevant requests of any party. In the event any limitations are requested for which the parties cannot reach an agreement, the parties shall bring these issues to the Court by motion.

   b. Identify any issues regarding electronically stored information as to which the parties have been unable to reach an agreement:

   None at this time.

10. If the case is known to involve claims of privilege or protection of trial preparation material:

    a. State whether the parties have reached an agreement regarding the procedures for asserting claims of privilege or protection after production of either electronic or other discovery material:

    The Parties agree to produce a privilege log for documents withheld on the basis of attorney-client privilege or work product.

    b.  Briefly describe the terms of any agreement the parties wish to have memorialized in the scheduling order (or attach any separate proposed order which the parties are requesting the Court to enter addressing such matters):

        N/A

    c.  Identify any issues regarding claims of privilege or protection as to which the parties have been unable to reach an agreement:

        None at this time.

11.    State any other matters the Court should include in its scheduling order:

        N/A

12.    The parties certify by their signatures below that they have discussed the nature and basis of their claims and defenses and the possibilities for prompt settlement or resolution of the case. Please state any specific problems that have created a hindrance to the settlement of the case:

        None known at this time.

This 23rd day of June, 2015.

        Signed:    **s/*Wallace R. Nichols***
                      Wallace R. Nichols
                      GA Bar No. 288079
                      Attorney for Plaintiffs
                      W. R. Nichols & Associates, P.C.
                      1532 Dunwoody Village Pkwy., Suite 205
                      Atlanta, GA 30338
                      Telephone: (404) 602-0040
                      Fax: (800) 768-0507
                      E-Mail: wrn@wrnicholslaw.com

                      Samuel T. Grover (1096047)
                      Andrew L. Seidel (1089025)
                      Attorneys for Plaintiffs
                      Freedom From Religion Foundation
                      P. O. Box 750
                      Madison, WI 53701
                      Telephone: (608) 256-8900
                      Fax: (608) 204-0422
                      E-Mail: sgrover@ffrf.org
                      E-Mail: aseidel@ffrf.org

        **s/*Hieu M. Nguyen***         
Hieu M. Nguyen
GA Bar No.: 382526
Phillip L. Hartley
GA Bar No. 333987
Attorneys for Defendants
Emanuel County School District
and Kevin Judy
Harben, Hartley & Hawkins, LLP
Wells Fargo Center, Suite 750
340 Jesse Jewell Parkway
Gainesville, GA 30501
Telephone: (770) 534-7341
Fax:  (770) 532-0399
E-Mail: hnguyen@hhhlawyers.com
E-Mail: phartley@hhhlawyers.com

**s/*Mary Anne Ackourey***
Mary Anne Ackourey
GA Bar No. 001555
William H. Buechner, Jr.
GA Bar No. 086392
Attorneys for Defendant
Cel Thompson
Freeman Mathis & Gary, LLP
100 Galleria Parkway, Suite 1600
Atlanta, GA 30339-5948
Telephone: (770) 818-0000
Fax:  (770) 937-9960
E-Mail: bbuechner@fmglaw.com
E-Mail: mackourey@fmglaw.com

**s/*John C. Rogers***
John C. Rogers
GA Bar No. 612741
Kent T. Stair
GA Bar No. 674025
Attorneys for Defendants
Valorie Watkins and Kaytrene Bright
Carlock, Copeland & Stair, LLP
191 Peachtree Street, NE, Suite 3600
Atlanta, GA 30303
Telephone: (404) 522-8220
Fax:  (404) 222-9482
E-Mail: jrogers@carlockcopeland.com
E-Mail: kstair@carlockcopeland.com

6