# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC. et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Case No. CV615-013 |
| EMANUEL COUNTY SCHOOL SYSTEM et al., | ) ) ) ) |
| Defendants. | ) |

## O R D E R

The Court having reviewed and considered the petition of William P. Jones of the law firm of Carlock, Copeland, & Stair, LLP, 191 Peachtree Street, N.E., Suite 3600, Atlanta, Georgia 30303, for permission to appear pro hac vice on behalf of defendants Kaytrene Bright and Valorie Watkins, in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter William P. Jones, as counsel of record for defendants Kaytrene Bright and Valorie Watkins, in this case.

**SO ORDERED** this __25th__ day of June, 2015.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA