IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., JANE DOE, individually; JOHN DOE, individually; JESSE DOE, individually; and JAMIE DOES, individually,<br><br>    Plaintiffs,<br><br>v.<br><br>EMANUEL COUNTY SCHOOL SYSTEM (a/k/a Emanuel County Schools), et al; KEVIN JUDY, Individually and in his official capacity as superintendent of Emanuel County School District; VALORIE WATKINS, Individually and in her official capacity as principal of Swainsboro Primary School; KAYTRENE BRIGHT, Individually and in her official capacity as a Swainsboro Primary School teacher; and CEL THOMPSON, individually and in her official capacity as a Swainsboro Primary School teacher,<br><br>    Defendants. | CIVIL ACTION FILE NO.<br>6:15-cv-00013-BAE-GRS |

**DEFENDANT CEL THOMPSON'S**
**CERTIFICATE OF INTERESTED PERSONS**

Pursuant to Local Rule 7.1.1., the undersigned, counsel of record for Defendant Cel Thompson, certifies that the following is a full and complete list of the parties in this action:

<u>Plaintiffs</u>:

Freedom From Religion Foundation, Inc.
John Doe
Jane Doe
Jesse Doe
Jamie Doe

<u>Defendants</u>:

Emanuel County School District
Kevin Judy
Valorie Watkins
Kaytrene Bright
Cel Thompson

The undersigned further certifies that the following is a full and complete list of officers, directors, or trustees of the above-identified parties:

None as to Defendant Thompson.

The undersigned further certifies that the following is a full and complete list of other persons, firms, partnerships, corporations, or organizations that have a financial interest in, or another interest which could be substantially affected by, the

outcome of this case (including a relationship as a parent or holding company or any publicly-held corporation that holds 10% or more of a party's stock):

As to Defendant Thompson, National Casualty Company.

Respectfully submitted,

**FREEMAN MATHIS & GARY, LLP**

\s\ *William H. Buechner, Jr.*
Mary Anne Ackourey
Georgia Bar No. 001555
William H. Buechner, Jr.
Georgia Bar No. 086392
mackourey@fmglaw.com
bbuechner@fmglaw.com

Attorneys for Defendant Cel Thompson

100 Galleria Parkway
Suite 1600
Atlanta, Georgia  30339-5948
T:  (770) 818-0000
F:  (770) 937-9960

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION ) <br> FOUNDATION, INC., JANE DOE, ) <br> individually; JOHN DOE, individually; ) <br> JESSE DOE, individually; and ) <br> JAMIE DOES, individually, ) <br>  ) <br>     Plaintiffs, ) <br>  ) <br> v. ) <br>  ) <br> EMANUEL COUNTY SCHOOL ) <br> SYSTEM (a/k/a Emanuel County ) <br> Schools), et al; KEVIN JUDY, ) <br> Individually and in his official capacity ) <br> as superintendent of Emanuel County ) <br> School District; VALORIE WATKINS, ) <br> Individually and in her official capacity ) <br> as principal of Swainsboro Primary ) <br> School; KAYTRENE BRIGHT, ) <br> Individually and in her official capacity ) <br> as a Swainsboro Primary School teacher; ) <br> and CEL THOMPSON, individually and ) <br> in her official capacity as a Swainsboro ) <br> Primary School teacher, ) <br>  ) <br>     Defendants. ) | CIVIL ACTION FILE NO. <br> 6:15-cv-00013-BAE-GRS |

### CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing **DEFENDANT CEL THOMPSON'S CERTIFICATE OF INTERESTED PERSONS** to the Clerk of Court using the CM/ECF system which will

4

automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants. Counsel of record are:

Wallace R. Nichols
W.R. Nichols & Associates, PC
1532 Dunwoody Village Parkway
Suite 205
Atlanta, GA  30338

Samuel T. Grover
Andrew L. Seidel
Freedom from Religion Foundation, Inc.
P.O. Box 750
Madison, WI  53701

Hieu M. Nguyen
Phillip L. Hartley
Harben Hartley & Hawkins, LLP
Suite 750, Wells Fargo Center
340 Jesse Jewell Parkway
Gainesville, GA  30501

Kent T. Stair
John C. Rogers
Carlock, Copeland & Stair LLP
191 Peachtree Street, NE
Suite 3600
Atlanta, GA  30303

Dated this 26th day of June, 2015.

\s\ *William H. Buechner, Jr.*
William H. Buechner, Jr.
Georgia Bar No. 086392

Attorney for Defendant Cel Thompson

5