IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC.; JANE DOE, individually; JOHN DOE, individually; JESSE DOE, individually; and JAMIE DOE, individually, <br><br> Plaintiffs, <br><br> v. <br><br> EMANUEL COUNTY SCHOOL DISTRICT (a/k/a Emanuel County Schools); KEVIN JUDY, individually and in his official capacity as Superintendent of Emanuel County School District; VALORIE WATKINS, individually and in her official capacity as Principal of Swainsboro Primary School; KAYTRENE BRIGHT, individually and in her official capacity as a Swainsboro Primary School teacher; and CEL THOMPSON, individually and in her official capacity as a Swainsboro Primary School teacher, <br><br> Defendants. | Civil Action File <br> No. 6:15-cv-13-JRH-GRS |

## JOINT STATUS REPORT

COME NOW the Defendants Emanuel County School District, Kevin Judy, Valorie Watkins, Kaytrene Bright, and Cel Thompson and Plaintiffs Freedom From Religion Foundation, Inc., Jane Doe, John Doe, Jesse Doe and Jamie Doe, by and through their undersigned counsel, and file this joint status report.

-1-

On July 31, 2015, the Parties reached an agreement to settle this matter. The Parties are in the process of drafting settlement documents and finalizing the settlement. The Parties anticipate that a Stipulation of Dismissal will be filed within the next 30 days.

-2-

The Parties, through their respective counsel, certify by their signatures below that they

have conferred and discussed the status of this matter and jointly submit this Status Report to the Court.

This 6th day of August, 2015.

      Signed:  **s/*Wallace R. Nichols***
            Wallace R. Nichols
            GA Bar No. 288079
            Attorney for Plaintiffs
            W. R. Nichols & Associates, P.C.
            1532 Dunwoody Village Pkwy., Suite 205
            Atlanta, GA 30338
            Telephone: (404) 602-0040
            Fax:  (800) 768-0507
            E-Mail: wrn@wrnicholslaw.com

            **s/*Samuel T. Grover***
            Samuel T. Grover (1096047)
            Andrew L. Seidel (1089025)
            Attorneys for Plaintiffs
            Freedom From Religion Foundation
            P. O. Box 750
            Madison, WI 53701
            Telephone: (608) 256-8900
            Fax:  (608) 204-0422
            E-Mail: sgrover@ffrf.org
            E-Mail: aseidel@ffrf.org

            **s/*Hieu M. Nguyen***
            Hieu M. Nguyen
            GA Bar No.: 382526
            Phillip L. Hartley
            GA Bar No. 333987
            Attorneys for Defendants
            Emanuel County School District
            and Kevin Judy
            Harben, Hartley & Hawkins, LLP
            Wells Fargo Center, Suite 750
            340 Jesse Jewell Parkway
            Gainesville, GA 30501
            Telephone: (770) 534-7341
            Fax:  (770) 532-0399
            E-Mail: hnguyen@hhhlawyers.com
            E-Mail: phartley@hhhlawyers.com

**s/*Mary Anne Ackourey***
Mary Anne Ackourey
GA Bar No. 001555
William H. Buechner, Jr.
GA Bar No. 086392
Attorneys for Defendant
Cel Thompson
Freeman Mathis & Gary, LLP
100 Galleria Parkway, Suite 1600
Atlanta, GA 30339-5948
Telephone: (770) 818-0000
Fax:  (770) 937-9960
E-Mail: bbuechner@fmglaw.com
E-Mail: mackourey@fmglaw.com

**s/*John C. Rogers***
John C. Rogers
GA Bar No. 612741
Kent T. Stair
GA Bar No. 674025
Attorneys for Defendants
Valorie Watkins and Kaytrene Bright
Carlock, Copeland & Stair, LLP
191 Peachtree Street, NE, Suite 3600
Atlanta, GA 30303
Telephone: (404) 522-8220
Fax:  (404) 222-9482
E-Mail: jrogers@carlockcopeland.com
E-Mail: kstair@carlockcopeland.com